IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-01192-TPO

ANA BERRIZBEITIA,

    Plaintiff,

v.

COLORADO MESA UNIVERSITY,

    Defendant.

---

**MINUTE ORDER**

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on July 3, 2025.**

    For good cause shown, the Court grants the request made by Richard E. Schmittel, Jr., Esq. in his notice at ECF 15 to withdraw as counsel of record for Plaintiff. The Court notes that another attorney will continue to represent Plaintiff.

    Mr. Schmittel's representation of Plaintiff in this case is hereby terminated. After docketing this Minute Order, the Clerk of Court shall update the case caption accordingly and remove his email address so that he does not receive future NEFs from this civil action.